**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

-----------------------------------------------------------------x

Lumiere International LLC,

    Plaintiff,

-against-

Christina D. Oden and JOHN DOES 1 – 10,

    Defendants.

-----------------------------------------------------------------x

Civil Action No. 2:18-cv-12471

**ORDER FOR DEFAULT JUDGMENT**

This matter, having been opened to the Court upon the motion of the Plaintiff, seeking entry of Default Judgment against Defendant Christina D. Oden in this case, and the Court having reviewed all of the papers by the parties, the Court finds as follows:

1. Defendant Christina D. Oden was properly served with the Summons and Complaint in this action. Defendant Christina D. Oden neither answered nor otherwise moved as to the Complaint, as a result of which the Clerk of the Court properly entered an Entry of Default against Defendant Christina D. Oden. Defendant Christina D. Oden has not appeared personally or by a representative in this action. Nonetheless, Defendant Christina D. Oden was given due notice of the Motion for Default Judgment.

2. Good cause appears for entry of this Default Judgment.

**THEREFORE, IT IS** on this 15th day of January, 2019, **ORDERED** as follows:

1. **JUDGMENT** by default be and hereby is entered in favor of Plaintiff Lumiere International LLC and against Defendant Christina D. Oden, who has a social security number of which the last four digits are 8481, in the amount of $256,454.28, plus reasonable attorneys' fees, costs and expenses in the amount of $16,033.49, for a total judgment of $272,487.77, with post

1

judgment interest at a rate of 2.73%, or $20.38 per day, from this 15th day of January, 2019, until this Judgment is satisfied in full;

    2.    Defendants John Does 1- 10 be and hereby are dismissed without prejudice.

SO ORDERED

_____
Hon. Jose L. Linares
Chief Judge, United States District Court